# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-894 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| UPWELL HEALTH, LLC, ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 24, 2020, the report of the Magistrate Judge (Dkt. #70) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's claims against Defendant Prizm Media, Inc. be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiff acknowledged receipt of the report on August 3, 2020 (Dkt. #73).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendant Prizm Media, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** this 21st day of August, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE